UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINO DE PABLOS RICHARD (A-Number: 201-702-817),<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE MESA VERDE DETENTION FACILITY, et al.,<br><br>Respondents. | No.  1:26-cv-02913-KES-SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DENYING RESPONDENTS' MOTION TO DISMISS, DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 1, 10, 14 |

Petitioner Nino de Pablos Richard is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 1, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition, denying respondents' motion to dismiss, and ordering petitioner's immediate release.  Doc. 14.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  On May 1, 2026, respondents filed a one-sentence objection, objecting "for the same reasons advanced in Respondents' earlier filing."  Doc. 15.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections, the Court concludes that the

1

findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations issued on May 1, 2026, Doc. 14, are ADOPTED in full.

2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3. Respondents' motion to dismiss, Doc. 10, is DENIED.

4. Respondents are ORDERED to release petitioner Nino De Pablos Richard (A-Number: 201-702-817) immediately.  Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.[1]

5. Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.

6. The Clerk is directed to serve Mesa Verde Detention Center with a copy of this Order.

7. The Clerk of Court is directed to close this case and enter judgment for petitioner.

IT IS SO ORDERED.

Dated:   May 4, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] This Order does not address the circumstances in which respondents may detain petitioner in the event he becomes subject to an executable final order of removal.

2